# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 439 WAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARK ANTHONY MARTIN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Donohue and Wecht did not participate in the consideration or decision of this matter.